1058

[No. 65375-0-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRY LOUIS PARENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05349-5, Deborah D. Fleck, J., entered April 22, 2010. *Reversed* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.

[No. 65399-7-I. Division One. July 25, 2011.]

LORA BRAWLEY, *Appellant*, v. LEYLA ROUHFAR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-34697-8, Mary Yu, J., entered May 6, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 65401-2-I. Division One. July 25, 2011.]

UMPQUA BANK, *Respondent*, v. BINGO INVESTMENTS, LLC, ET AL., *Defendants*, UNION BANK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-19684-2, Joan E. DuBuque, J., entered March 30, 2010. *Dismissed* by unpublished opinion per Spearman, J., concurred in by Grosse and Cox, JJ.

[No. 65443-8-I. Division One. July 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSÉ ANGEL BLANCO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12569-2, Douglass A. North, J., entered May 14, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Spearman, JJ.